**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN BRILEY                                                                                    PETITIONER
ADC #121521

v.                                            No. 5:06CV00023 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                              RESPONDENT

<u>**JUDGMENT**</u>

Pursuant to the Opinion entered separately today, John Briley's petition for writ of habeas

corpus is dismissed with prejudice.  The Court certifies that an in forma pauperis appeal taken from

the Opinion and Judgment dismissing this action would be frivolous and not in good faith.

IT IS SO ORDERED this 11th day of June, 2007.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE